ACCEPTED
05-24-00018-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
2/20/2024 11:00 AM
RUBEN MORIN
CLERK

## NO. 401-51206-2022

| IN THE MATTER OF | § | IN THE DISTRICT COURT |
|---|---|---|
| THE MARRIAGE OF | § | |
| | § | |
| VEDA SMITH MILES | § | 401ST JUDICIAL DISTRICT |
| AND | § | |
| DONALD S. MILES | § | COLLIN COUNTY, TEXAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
02/20/24 11:00:43 AM
Ruben Morin
Clerk

---

### AMENDED REQUEST FOR SUPPLEMENTAL CLERK'S RECORD

TO THE COLLIN COUNTY DISTRICT CLERK AND FIFTH COURT OF APPEALS CLERK:

COMES NOW Pro Se Respondent, DONALD S. MILES, in this underlying case, now

RECEIVED IN
5th COURT OF APPEALS
DALLAS, TEXAS
02/20/24 11:00:43 AM
Ruben Morin
Clerk

Appellant, files this Request for Supplemental Clerk's Record pursuant to Rule 34.5(c)(1);

(c)(3); and (d) of the Texas Rules of Appellate Procedure.  Appellant list below the full title of

the documents being requested with the dates they were filed/entered with the trial court.

| No. | Document Title | Date | NOTES |
|---|---|---|---|
| 1 | Pre-Trial Conference | 1/20/2023 | Document not included in Clerk Record. |
| 2 | Final Hearing | 1/26/2023 | No order issued according to Judge Coordinator |
| 3 | Motion for Continuance | 1/26/2023 | Is this different from Motion for Continuance on 01/20/2023? |
| 4 | Pre-Trial Conference | 4/14/2023 | The Trial Court forgot to place on calendar according to Judge Coordinator. |
| 5 | Pre-Trial Conference | 4/21/2023 | |
| 6 | Judge's Docket Entry - Request copy of e-mail sent to parties with property division decision; OTBF | 5/1/2023 | Informal Memorandum Ruling sent to parties according to Judge Coordinator |
| 7 | Notice of Appearance of Counsel for Petitioner | 8/17/2023 | Document not included in Clerk Record. |
| 8 | Correspondence Sent by Court - Judge Flint Request for Briefs of Respondent's Motions for New Trial and Modify, Correct, or Reform | 9/7/2023 | I request Judge Flint coordinator to add to Clerk's record |
| 9 | Correspondence Sent by Respondent - Email addressing Respondent's Motion to Dismiss and Alternatively, Memorandum in Opposition to Petitioner's Motion for Reconsideration of Court Order on Motions for New Trial and Modify, Correct, or Reform | 10/11/2023 | Document not included in Clerk Record. |
| 10 | Notification of Returned Service for Case:  401-51206-2022, In the Matter of the Marriage of Veda Miles and Donald Miles for filing Proposed Order | 11/22/2023 | Judge Flint coordinator state she does not know what the notifications are about. |
| 11 | Notification of Returned Service for Case:  401-51206-2022, In the Matter of the Marriage of Veda Miles and Donald Miles for filing Amended Filing | 11/22/2023 | Judge Flint coordinator state she does not know what the notifications are about. |
| 12 | Notice Of Cross-Appeal | 1/11/2024 | Additional request to include Petitioner Cross-Appeal. |

Also attached in the below Appendices are supporting correspondence letters or emails to support the entries in the above table. Original documents can be obtained from the Trial Court if Appellant's documents are not acceptable as submitted. This letter will also be filed with the Fifth Court of Appeals to satisfy Rule 34.5(d) of the Texas Rules of Appellate Procedure.

Appendix A - Email chain with Judge Flint's coordinator which I asked about certain documents in the below table highlighted in red font and whether they can be added to the Clerk's Record.

Appendix B - Email Sent by Trial Court – Pre-Trial Conference set for April 14, 2023.

Appendix C - Email Sent by Trial Court - Memorandum Ruling on May 1, 2023.

Appendix D - Correspondence Sent by Trial Court - Judge Flint Request for Briefs of Respondent's Motions for New Trial and Modify, Correct, or Reform on September 7, 2023.

Appendix E - Correspondence Sent by Respondent - Email addressing Respondent's Motion to Dismiss and Alternatively, Memorandum in Opposition to Petitioner's Motion for Reconsideration of Court Order on Motions for New Trial and Modify, Correct, or Reform on October 11, 2023.

Appendix F - Notification of Returned Service for Case: 401-51206-2022, In the Matter of the Marriage of Veda Miles and Donald Miles for filing on November 22, 2023. Rejected Appellant and Appellee filed Proposed Final Decree of Divorce orders.

Respectfully Submitted,

 /s/ *Donald S. Miles*
**DONALD S. MILES, Pro Se**
4305 Burnhill Drive
Plano, Texas 75024
Tel: (972) 896-0156
dsmiles1@tx.rr.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Letter of Designation / Request for Clerk's Record was sent to:

LAW OFFICE OF LISA G. GARZA, P.C.
Parkway Tower South
14160 Dallas Parkway
Suite 870, Box 24
Dallas, Texas 75254
(214) 373-6556 (Telephone)
(214) 369-5943 (Facsimile)
lgarza@lisaggarzafamilylaw.com

Beth M. Johnson, Attorney at Law
8150 N. Central Expressway, Suite 1255
Dallas, Texas 75206
(972)467-5847(Cell)
beth@bethmjohnson.com

via e-mail and e-service in compliance with the Texas Rules of Civil Procedure 21 and 21a on February 20, 2024.

 /s/ *Donald S. Miles*
Donald S. Miles, Pro Se

# APPENDIX A

## Email Request to Correct Clerk Record

**Donald Miles**

| | |
|---|---|
| **From:** | Donald Miles <dsmiles1@tx.rr.com> |
| **Sent** | Thursday, February 15, 2024 1:10 PM |
| **To:** | 'Tammy Sharkey' |
| **Cc:** | 'Beth M. Johnson'; 'Donald Miles' |
| **Subject** | RE: M/M of Miles 401-51206-2022 - Memorandum and Correspondence Letters |

**Importance:** High

Good afternoon Ms. Sharkey,

Thank you for your response. The 9/7 date refers to Judge Flint requesting briefs from both attorneys. He had 5 to 10 questions that he wanted the attorneys to answer. It is different from the 8/23 correspondence letter referring to Finding of Facts. Do you have this and can we add this to the Clerk's record even if it was informal? If Attorney Johnson still has her correspondence letter for that date, can she send it to you and have it officially included in the Clerk's record?

Thank you,

Donald S. Miles

---

**From:** Tammy Sharkey <tlsharkey@co.collin.tx.us>
**Sent:** Thursday, February 15, 2024 11:03 AM
**To:** 'Donald Miles' <dsmiles1@tx.rr.com>
**Cc:** 'Beth M. Johnson' <beth@bethmjohnson.com>
**Subject:** RE: M/M of Miles 401-51206-2022 - Memorandum and Correspondence Letters

Mr. Miles,

There was not an order signed to reschedule the trial.
Both parties were present on 1/26/23 and Judge reset the trial to 4/27 on the record.
Judge did sign a docket control order on 4/17/23 – because neither party had submitted one.

The Judges docket entry re: the email – that was an email sent to the parties. It was an informal email and was not made part of the file.

The request for FoF & CoL are on the case – you would have to contact the District Clerks office for that.

Correspondence sent by court (you are showing 9/7/23)– is on 8/23 – District Clerk has this letter

I have no idea what those Notification of returned service are???
Those may be notifications from the clerks office that something was returned in e-file.
You would need to speak to the clerks office.

Thank you,
Tammy Sharkey

1

401st District Court Coordinator
tlsharkey@co.collin.tx.us
972-548-4241

## ** HAPPY VALENTINES DAY **

https://www.collincountytx.gov/district_courts/Pages/401dc.aspx
All hearings in the 401st are scheduled as in-person
unless other arrangements have been made with the court.

If you need to set a hearing please email me at tlsharkey@co.collin.tx.us

NOTE: All email correspondence relating to pending cases will be filed with the District Clerk for inclusion in the record of the case. Any communication to the Court or staff via email must comply with Rules 21 and 21a, T.R.C.P., and to do so by the fastest means available to the other affected parties or counsel. The provisions of Canon 3B(8) of the Code of Judicial Conduct should be carefully reviewed before any person connected with a case attempts any communication with the judge or court personnel.

---

**From:** Donald Miles [mailto:dsmiles1@tx.rr.com]
**Sent:** Thursday, February 15, 2024 9:41 AM
**To:** Tammy Sharkey <tlsharkey@co.collin.tx.us>
**Cc:** 'Beth M. Johnson' <beth@bethmjohnson.com>; 'Donald Miles' <dsmiles1@tx.rr.com>
**Subject:** RE: M/M of Miles 401-51206-2022 - Memorandum and Correspondence Letters
**Importance:** High

***** WARNING: External Email. Do not click links or open attachments that are unsafe. *****

Ms. Sharkey,

I did not receive a reply from you regarding my last email sent. Do you or Judge Flint have emails, letters, or notes that were sent to the attorneys regarding any of the items included in the table I sent you? If so, could you send them to me. The approximate dates of when these notes, letters or emails were sent are included in the table.

Thank you,

Donald S. Miles

---

**From:** Donald Miles <dsmiles1@tx.rr.com>
**Sent:** Tuesday, February 13, 2024 3:17 PM
**To:** 'Tammy Sharkey' <tlsharkey@co.collin.tx.us>
**Cc:** 'Beth M. Johnson' <beth@bethmjohnson.com>; 'Donald Miles' <dsmiles1@tx.rr.com>
**Subject:** RE: M/M of Miles 401-51206-2022 - Memorandum and Correspondence Letters

Are there emails with rulings or requests from Judge Flint's office sent to the attorney's? I am pro se now so I would not have received those letters or email. Something from the court had to sent to the attorneys in order for them to write the decree.

Thanks,

Donald S. Miles

2

**From:** Tammy Sharkey <tlsharkey@co.collin.tx.us>
**Sent:** Tuesday, February 13, 2024 2:59 PM
**To:** 'Donald Miles' <dsmiles1@tx.rr.com>
**Cc:** 'Beth M. Johnson' <beth@bethmjohnson.com>
**Subject:** RE: M/M of Miles 401-51206-2022 - Memorandum and Correspondence Letters

There are no documents for those.
Those are just notes that I have made or Judge Flint has made.
I do not have any documents. Everything that has been filed is with the clerks office.

Thank you,
Tammy Sharkey
401ˢᵗ District Court Coordinator
tlsharkey@co.collin.tx.us
972-548-4241



https://www.collincountytx.gov/district_courts/Pages/401dc.aspx
All hearings in the 401st are scheduled as in-person
unless other arrangements have been made with the court.

If you need to set a hearing please email me at tlsharkey@co.collin.tx.us

NOTE: All email correspondence relating to pending cases will be filed with the District Clerk for inclusion in the record of the case. Any communication to the Court or staff via email must comply with Rules 21 and 21a, T.R.C.P., and to do so by the fastest means available to the other affected parties or counsel. The provisions of Canon 3B(8) of the Code of Judicial Conduct should be carefully reviewed before any person connected with a case attempts any communication with the judge or court personnel.

**From:** Donald Miles [mailto:dsmiles1@tx.rr.com]
**Sent:** Tuesday, February 13, 2024 2:50 PM
**To:** Tammy Sharkey <tlsharkey@co.collin.tx.us>
**Cc:** 'Beth M. Johnson' <beth@bethmjohnson.com>; 'Donald Miles' <dsmiles1@tx.rr.com>
**Subject:** RE: M/M of Miles 401-51206-2022 - Memorandum and Correspondence Letters

***** WARNING: External Email. Do not click links or open attachments that are unsafe. *****

Ok. Suzanne Rogers is the clerk handling my case records. Her contact info is below. She already told me that if she does not see it then she can't include it in the official records to be sent to the appellate court. I just don't know if you need to do something on your end to enter it into the court records.

Suzanne Rogers
Civil/Family Deputy Clerk II
Appeals Clerk

3

Collin County District Clerk
2100 Bloomdale Rd, Suite 12132
McKinney, TX 75071
srogers@co.collin.tx.us
972-548-4322

Thanks,

Donald S. Miles

**From:** Tammy Sharkey <tlsharkey@co.collin.tx.us>
**Sent:** Tuesday, February 13, 2024 2:38 PM
**To:** 'Donald Miles' <dsmiles1@tx.rr.com>
**Cc:** 'Beth M. Johnson' <beth@bethmjohnson.com>
**Subject:** RE: M/M of Miles 401-51206-2022 - Memorandum and Correspondence Letters

Good afternoon,

Mr. Miles I do not know the answer to this question.
I will need to speak with the clerks office and/or Judge.

Thank you.
Tammy Sharkey
401st District Court Coordinator
tlsharkey@co.collin.tx.us
972-548-4241



https://www.collincountytx.gov/district_courts/Pages/401dc.aspx
All hearings in the 401st are scheduled as in-person
unless other arrangements have been made with the court.

If you need to set a hearing please email me at tlsharkey@co.collin.tx.us

NOTE: All email correspondence relating to pending cases will be filed with the District Clerk for inclusion in the record of the case. Any communication to the Court or staff via email must comply with Rules 21 and 21a, T.R.C.P., and to do so by the fastest means available to the other affected parties or counsel. The provisions of Canon 3B(8) of the Code of Judicial Conduct should be carefully reviewed before any person connected with a case attempts any communication with the judge or court personnel.

**From:** Donald Miles [mailto:dsmiles1@tx.rr.com]
**Sent:** Tuesday, February 13, 2024 2:30 PM
**To:** Tammy Sharkey <tlsharkey@co.collin.tx.us>
**Cc:** 'Donald Miles' <dsmiles1@tx.rr.com>; 'Beth M. Johnson' <beth@bethmjohnson.com>
**Subject:** M/M of Miles 401-51206-2022 - Memorandum and Correspondence Letters

4

***** WARNING: External Email. Do not click links or open attachments that are unsafe. *****

Good afternoon Ms. Sharkey,

      I am pulling together documents for the Clerk Record in my appeal case. In reviewing the filed Clerk Record with the appellate court I noticed that none of the requested memorandum or correspondence letter that came from Judge Flint were included. Can these items be included with the Supplemental Clerk Records or email directly to me as attachments if they can't be officially entered into the Supplemental Clerk Records? Below are the items I am referring to.

| No. | Document Title | Date File or Date Accepted | |
|---|---|---|---|
| 1 | Final Hearing | 1/26/2023 | Was there an ord⋯ |
| 2 | Judge's Docket Entry - Request copy of e-mail sent to parties with property division decision; OTBF | 5/1/2023 | Where is the Mem⋯ |
| 3 | Court Admin Mailed Notice - Mailed Findings of Fact and Conclusions of Law letters to counsel and Ms. Miles | 8/14/2023 | Letter requesting⋯ |
| 4 | Correspondence Sent by Court - Judge Flint Request for Briefs of Respondent's Motions for New Trial and Modify, Correct, or Reform | 9/7/2023 | Letter requesting l⋯ |
| 5 | Notification of Returned Service for Case: 401-51206-2022, In the Matter of the Marriage of Veda Miles and Donald Miles for filing Proposed Order | 11/22/2023 | Letter rejecting re⋯ decree |
| 6 | Notification of Returned Service for Case: 401-51206-2022, In the Matter of the Marriage of Veda Miles and Donald Miles for filing Amended Filing | 11/22/2023 | Letter rejecting pe⋯ |

Regards,

Donald S. Miles

5

# APPENDEX B

## Pre-Trial Conference

**From:** Tammy Sharkey <tlsharkey@co.collin.tx.us>
**Sent:** Friday, April 14, 2023 9:58 AM
**To:** Sharon Dose <sharon@d-elaw.com>
**Cc:** Marilea Lewis <marilea@d-elaw.com>
**Subject:** RE: IMMO Miles; Cause No. 401-51206-2022

I am so sorry. This never made it to our calendar.

It may be about 10:30 before we can get to you.

Tammy Sharkey is inviting you to a scheduled Zoom meeting.

Topic: Tammy Sharkey's Zoom Meeting
Time: Apr 14, 2023 09:00 AM Central Time (US and Canada)

Join Zoom Meeting
https://txcourts.zoom.us/j/88221103045

Meeting ID: 882 2110 3045
One tap mobile
+13462487799,,88221103045# US (Houston)
+12532050468,,88221103045# US

Dial by your location
    +1 346 248 7799 US (Houston)
    +1 253 205 0468 US
    +1 253 215 8782 US (Tacoma)
    +1 669 444 9171 US
    +1 669 900 6833 US (San Jose)
    +1 719 359 4580 US
    +1 309 205 3325 US
    +1 312 626 6799 US (Chicago)
    +1 360 209 5623 US
    +1 386 347 5053 US
    +1 507 473 4847 US
    +1 564 217 2000 US
    +1 646 931 3860 US
    +1 689 278 1000 US
    +1 929 205 6099 US (New York)
    +1 301 715 8592 US (Washington DC)
    +1 305 224 1968 US

Meeting ID: 882 2110 3045
Find your local number: https://txcourts.zoom.us/u/kfxqWZ9lY

Join by SIP
88221103045@zoomcrc.com

Join by H.323
162.255.37.11 (US West)
162.255.36.11 (US East)
115.114.131.7 (India Mumbai)
115.114.115.7 (India Hyderabad)
213.19.144.110 (Amsterdam Netherlands)
213.244.140.110 (Germany)
103.122.166.55 (Australia Sydney)
103.122.167.55 (Australia Melbourne)
64.211.144.160 (Brazil)
69.174.57.160 (Canada Toronto)
65.39.152.160 (Canada Vancouver)
207.226.132.110 (Japan Tokyo)
149.137.24.110 (Japan Osaka)
Meeting ID: 882 2110 3045

Join by Skype for Business
https://txcourts.zoom.us/skype/88221103045

*Thank you,*
*Tammy Sharkey*
*401ˢᵗ District Court Coordinator*
tlsharkey@co.collin.tx.us
*972-548-4241*
https://www.collincountytx.gov/district_courts/Pages/401dc.aspx

NOTE: All email correspondence relating to pending cases will be filed with the District Clerk for inclusion in the record of the case. Any communication to the Court or staff via email must comply with Rules 21 and 21a, T.R.C.P., and to do so by the fastest means available to the other affected parties or counsel. The provisions of Canon 3B(8) of the Code of Judicial Conduct should be carefully reviewed before any person connected with a case attempts any communication with the judge or court personnel.

**From:** Sharon Dose [mailto:sharon@d-elaw.com]
**Sent:** Friday, April 14, 2023 9:54 AM
**To:** Tammy Sharkey <tlsharkey@co.collin.tx.us>
**Cc:** Marilea Lewis <marilea@d-elaw.com>
**Subject:** IMMO Miles; Cause No. 401-51206-2022

***** **WARNING:** External Email. Do not click links or open attachments that are unsafe. *****

Good morning and HAPPY FRIDAY!!

Is there a zoom code for the pretrial today?

**Sharon L. Dosé**
**Paralegal**



**Duffee + Eitzen**
ATTORNEYS AT LAW

4311 Oak Lawn Avenue, Suite 600, Dallas, Texas 75219
6860 North Dallas Parkway, Suite 200, Plano, Texas 75024
201 Main Street, Suite 600, Fort Worth, Texas, 76102

Dallas 214-416-9010 | Plano 972-406-1200 | Ft. Worth 817-952-3155
Fax 214-416-9005 | www.Duffee-Eitzen.com

Amended Request for Supplemental Clerk's Record

# APPENDIX C

## MEMORANDUM RULING

**From:** Tammy Sharkey <tlsharkey@co.collin.tx.us>
**Sent:** Monday, May 1, 2023 11:55 AM
**To:** 'vsmiles@tx.rr.com' <vsmiles@tx.rr.com>; Kay Carranco <kay@d-elaw.com>
**Subject:** RE: Cause No. 401-51206-2022; IMMO Miles - Pretrial

Good afternoon,

Please see Judge Flints ruling below.

Following in my decision in this matter:

1. Divorce is granted on general insupportability grounds
2. Name change is granted
3. No evidence was offered on North Carolina real estate's value.  Received during marriage and therefore community presumption applies unless clear and convincing evidence offered to show otherwise.  W testified that they were a gift from her parents.  Deeds in name of parents and only W's name on them.  North Carolina is a separate property state and real estate in North Carolina subject to North Carolina law.  Separate property therefore proven by clear and convincing evidence.  North Carolina real estate therefore awarded to Was her separate property.  W is awarded all accounts receivable from leases, etc., related to such properties.
4. 1996 Kawasaki awarded to H as his separate property.  This award includes all fixtures and equipment which may be on those properties (e.g. farming equipment).
5. Even though some of 401ks preceded marriage, no adequate tracing for separate property portion, if any, and therefore all community.  Because testimony showed more or less equal values in 401ks/IRAs in each parties names, each party is awarded 100% of the 401ks/IRAs/Retirement Plans in their names.
6. All financial accounts in either parties' names are divided 50/50.  These include:
   1. Merrill CMA
   2. BofA x2062
   3. BofA x4487
   4. BofA unknown
7. For purposes of this ruling, the family homestead is valued at $600,000.  After closing expenses (realtor, general closing costs, necessary repairs for sale, receivership fee (if not realtor), and $10,000 toward H's attorney's fees (H's attorney assigned to preparing final decree and preparing any documents related to house receivership/sale), 60% of net awarded to W and 40% to H.  Uneven split justified by (a) contributions to mortgage, etc. by W over time and (b) W's current disability.  House to be sold as follows:
   1. Parties shall cooperate in maintaining home in showable condition until sold.
   2. The parties shall confer and appoint a realtor to sell the property by 5:00 PM on May 12, 2023.  The home shall be listed at a price agreed between the parties and, if no agreement, for $600,000.  If the Realtor believes that a different price can be obtained

which is higher, that price shall be used if no agreement. If the Realtor believes a lower price should be set and there is no agreement, the Realtor shall, through H's attorney, file a Motion with the Court stating his/her opinion of price and the Court shall consider it. The cost of such application (the attorney's fees) shall be added to the $10,000 attorney's fee deduction.

3. If the parties do not appoint a realtor by May 12th or cannot agree on a listing price or, after the realtor has been appointed, cannot agree on repairs, etc., requested by the realtor, or, if an offer is made which is recommended by the realtor, will not agree on same, the following procedure shall apply:

   1. The realtor, using H's attorney, shall apply to the Court for the appointment of a receiver, which may be the realtor if the realtor agrees;
   2. A receiver shall be thereafter appointed, with or without a hearing as the Court may determine, upon such terms as the Court finds necessary and appropriate in the circumstances.

8. Both parties may remain in the house pending sale and mutual injunctions not to harass the other. If one party leaves, the other party can remain in the house but shall be charged a fair rental value equal to $2,000 a month until the house is sold, which amount shall be deducted from their share at closing, added back as a "net proceeds" and divided as set forth above. In addition, the person remaining in possession shall pay all utilities, shall pay for house insurance, and shall bear all costs of real estate taxes accruing at closing during that period of occupancy.

9. H is awarded the life insurance in his name, including the cash surrender value, and the disability insurance in his name.

10. H is awarded the 2007 Lexus. W is awarded the 2001 Mercedes (the gift W made to the son is voided).

11. The master bedroom suite of furniture is awarded to W.

12. Any furniture received by gift by a party from a third party is awarded to the party receiving the gift.

13. The remaining furniture shall be divided by agreement; provided, however, if no agreement can be reached by May 31, the furniture will be sold at public "estate" sale to be organized by the realtor (or receiver) and the proceeds split 50/50. If the parties have agreed on some division by May 31 and the remaining furniture is of low value, the furniture shall be donated to a charity of H's choice. Furniture includes electronics, dishes, utensils, etc.

14. Each party is awarded the clothing, jewelry, and personal items in their possession.

15. W is responsible for all debts incurred by her since March 1, 2022. H is responsible for all debts incurred by him since March 1, 2022. If not already filed, each party shall file 2022 taxes as married individuals filing separately and W shall file as head of household (i.e. to the extent H or W have drawn down on their 401ks since the divorce, they are solely responsible for all taxes incurred with respect thereto). W's health care expenses can be claimed 100% by her. Any other deductible expenses (i.e. real estate taxes) shall be shared 50/50. H is also responsible for all of his student loan and attorney's fees. W is responsible for her attorney's fees.

16. No spousal support.

17. If an asset remains as undivided, it is divided 50/50.

*George B. Flint*
District Judge
401st Judicial District Court

Collin County, Texas

*Thank you,*
*Tammy Sharkey*
*401ˢᵗ District Court Coordinator*
tlsharkey@co.collin.tx.us
972-548-4241



https://www.collincountytx.gov/district_courts/Pages/401dc.aspx

NOTE: All email correspondence relating to pending cases will be filed with the District Clerk for inclusion in the record of the case. Any communication to the Court or staff via email must comply with Rules 21 and 21a, T.R.C.P., and to do so by the fastest means available to the other affected parties or counsel. The provisions of Canon 3B(8) of the Code of Judicial Conduct should be carefully reviewed before any person connected with a case attempts any communication with the judge or court personnel.

# APPENDIX D

## Trial Court Request for Briefs on North Carolina Law

**From:** Judge George Flint <gflint@co.collin.tx.us>
**Sent:** Thursday, September 7, 2023 1:09 PM
**To:** beth@bethmjohnson.com; Marilea Lewis <marilea@d-elaw.com>
**Cc:** Tammy Sharkey <tlsharkey@co.collin.tx.us>
**Subject:** 401-51206-2022; Miles

Counselors, Mr. Miles has filed a Motion for New Trial or to Correct/etc my rulings.

I realized that my prior rulings were based in part on an understanding of North Carolina law which may or may not be in error.

I am asking both of you to submit me briefs (they can be short) with relevant case and/or statutory law from North Carolina addressing the following:
1. Is North Carolina a community or separate property state or something else?
2. Under North Carolina law, does a deed in one person's name presumptively that person's separate property?
3. Because the North Carolina real estate was acquired during the marriage, which law applies to the characterization of that property as separate or community -- North Carolina law or Texas law?
4. Under North Carolina law, does the recitation of nominal consideration in the deed foreclose a finding of gift or is it a question of fact in all circumstances?
5. With respect to the gift analysis, does North Carolina law apply (because of the location of real property) or Texas law apply (because it is being determined in the context of dissolution of the Texas marriage)?

Please have this in my hands by Friday, September 22.  It is my intent to rule on all pending matters by the end of this month.

Thank you.

*George B. Flint*
District Judge
401st Judicial District Court
Collin County, Texas

# APPENDIX E

## Correspondence Email on Respondent's Motion to Dismiss and Response in Opposition to Petitioner's Motion for Reconsideration

From: Tammy Sharkey <tlsharkey@co.collin.tx.us>
Date: 10/11/23 11:43 AM (GMT-06:00)
To: 'Donald Miles' <dsmiles1@tx.rr.com>
Subject: RE: . 401-51206-2022 - Respondent's Motion to Dismiss and Alternatively, Memorandum in Opposition to Petitioner's Motion for Reconsideration of Court Order on Motions for New Trial and Modify, Correct, or Reform

Please make sure ALL parties are included In all emails.

Judge did see this – his ruling stands.

*Thank you,*

*Tammy Sharkey*

*401ˢᵗ District Court Coordinator*

tlsharkey@co.collin.tx.us

*972-548-4241*



https://www.collincountytx.gov/district_courts/Pages/401dc.aspx

All hearings in the 401st are scheduled as in-person

unless other arrangements have been made with the court.

If you need to set a hearing please email me at tlsharkey@co.collin.tx.us

NOTE: All email correspondence relating to pending cases will be filed with the District Clerk for inclusion in the record of the case. Any communication to the Court or staff via email must comply with Rules 21 and 21a, T.R.C.P., and to do so by the fastest means available to the other affected parties or counsel. The provisions of Canon 3B(8) of the Code of Judicial Conduct should be carefully reviewed before any person connected with a case attempts any communication with the judge or court personnel.

**From:** Donald Miles [mailto:dsmiles1@tx.rr.com]
**Sent:** Wednesday, October 11, 2023 9:08 AM
**To:** Tammy Sharkey <tlsharkey@co.collin.tx.us>
**Cc:** 'dsmiles1' <dsmiles1@tx.rr.com>
**Subject:** . 401-51206-2022 - Respondent's Motion to Dismiss and Alternatively, Memorandum in Opposition to Petitioner's Motion for Reconsideration of Court Order on Motions for New Trial and Modify, Correct, or Reform

***** **WARNING:** External Email. Do not click links or open attachments that are unsafe. *****

Good morning Ms. Sharkey,

I saw that my "Respondent's Motion to Dismiss and Alternatively, Memorandum in Opposition to Petitioner's Motion for Reconsideration of Court Order on Motions for New Trial and Modify, Correct, or Reform" document was not accepted until 11:14 AM on October, 10, 2023 (yesterday). Judge Flint had already made a ruling on my case 11 minutes earlier. Did he get to review the above motion before he made his decision? The document was accepted into the court system around 2PM on October, 8, 2023 (Monday). Below are attachments to document what I described above. I did leave you a voice message around 8:45AM today. If Judge Flint did not review this document before his ruling, I am requesting that he review the document and notify me of his decision.

# EXHIBIT A



**Filing Accepted**

Envelope Number: 80392350
Case Number: 401-51206-2022
Case Style: In the Matter of the Marriage of Veda Miles and Donald Miles

The filing below was reviewed and has been accepted by the clerk's office. You may access the file stamped copy of the document filed by clicking on the below link.If the link does not work, please copy the link and paste into your browser. You can also obtain this document by following the steps on this article.

| Filing Details | |
|---|---|
| Court | Collin County - District Clerk |
| Case Number | 401-51206-2022 |
| Case Style | In the Matter of the Marriage of Veda Miles and Donald Miles |
| Date/Time Submitted | 10/9/2023 2:46 PM CST |
| Date/Time Accepted | 10/10/2023 11:14 AM CST |
| Accepted Comments | |
| Filing Type | EFileAndServe |
| Filing Description | Respondent's Motion to Dismiss and Alternatively, Memorandum in Opposition to Petitioner's Motion for Reconsideration of Court Order on Motion for New Trial and Modify, Correct, or Reform |
| Activity Requested | Motion To Dismiss |
| Filed By | Donald Miles |

# EXHIBIT B



## Notification of Service

Case Number: 401-51206-2022
Case Style: In the Matter of the Marriage of Veda Miles and Donald Miles
Envelope Number: 80420782

This is a notification of service for the filing listed. Please click the link below to retrieve the submitted document. If the link does not work, please copy the link and paste into your browser. You can also obtain this document by following the steps on this article.

| Filing Details | |
|---|---|
| Case Number | 401-51206-2022 |
| Case Style | In the Matter of the Marriage of Veda Miles and Donald Miles |
| Date/Time Submitted | 10/10/2023 11:03 AM CST |
| Filing Type | Court Action-Signed Order |
| Filing Description | Order on Pet Motion for Reconsideration |
| Filed By | Judge George Flint |



## Notification of Service

Case Number: 401-51206-2022
Case Style: In the Matter of the Marriage of Veda Miles and Donald Miles
Envelope Number: 80420782

This is a notification of service for the filing listed. Please click the link below to retrieve the submitted document. If the link does not work, please copy the link and paste into your browser. You can also obtain this document by following the steps on this article.

| Filing Details | |
|---|---|
| Case Number | 401-51206-2022 |
| Case Style | In the Matter of the Marriage of Veda Miles and Donald Miles |
| Date/Time Submitted | 10/10/2023 11:03 AM CST |
| Filing Type | Court Action-Signed Order |
| Filing Description | Amended Order on Resp Mot to Modify, Correct or Reform and Mot for New Trial |
| Filed By | Judge George Flint |

 

# Notification of Service

Case Number: 401-51206-2022
Case Style: In the Matter of the Marriage of Veda Miles and Donald Miles
Envelope Number: 80420782

This is a notification of service for the filing listed. Please click the link below to retrieve the submitted document. If the link does not work, please copy the link and paste into your browser. You can also obtain this document by following the steps on this article.

| Filing Details | |
| --- | --- |
| Case Number | 401-51206-2022 |
| Case Style | In the Matter of the Marriage of Veda Miles and Donald Miles |
| Date/Time Submitted | 10/10/2023 11:03 AM CST |
| Filing Type | Findings of Fact and Conclusions of Law |
| Filing Description | Findings of Fact and Conclusions of Law |
| Filed By | Judge George Flint |

Thank you,

Donald S. Miles

# APPENDIX F

## Rejected Appellant and Appellee Proposed Final Decree of Divorce

**Donald Miles**

| | |
|---|---|
| From: | no-reply@efilingmail.tylertech.cloud |
| Sent: | Wednesday, November 22, 2023 7:29 AM |
| To: | dsmiles1@tx.rr.com |
| Subject: | Notification of Returned Service for Case: 401-51206-2022, In the Matter of the Marriage of Veda Miles and Donald Miles for filing Amended Filing |



**Filing Returned**

Case Number: 401-51206-2022
Case Style: In the Matter of the Marriage of Veda Miles and Donald Miles

The filing below, previously served to you, has been returned to the filer for further action.

| Return Reason(s) from Clerk's Office | |
|---|---|
| Returned Reason | Judge's Request |
| Return Comments | Court's 10/10/23 order was sufficient to modify decree without signing new decree |

| Document Details | |
|---|---|
| Court | Collin County - District Clerk |
| Case Number | 401-51206-2022 |
| Case Style | In the Matter of the Marriage of Veda Miles and Donald Miles |
| Date/Time Submitted | 10/13/2023 5:24 PM CST |
| Activity Requested | Amended Filing |
| Filed By | Donald Miles |

Please do not reply to this email. It was automatically generated.

For technical assistance, contact your service provider



Need Help? Help
Visit: https://efiletexas.gov/contacts.htm
Email: support@eFileTexas.gov

Please do not reply to this email. It was automatically generated.

For technical assistance, contact your service provider

1

**Donald Miles**

From:        no-reply@efilingmail.tylertech.cloud
Sent:        Wednesday, November 22, 2023 7:29 AM
To:          dsmiles1@tx.rr.com
Subject:     Notification of Returned Service for Case: 401-51206-2022, In the Matter of the
             Marriage of Veda Miles and Donald Miles for filing Proposed Order



# Filing Returned

Case Number: 401-51206-2022
Case Style: In the Matter of the Marriage of Veda
Miles and Donald Miles

The filing below, previously served to you, has been returned to the filer for further action.

| Return Reason(s) from Clerk's Office | |
|---|---|
| Returned Reason | Judge's Request |
| Return Comments | Court's 10/10/23 order was sufficient to modify decree |

| Document Details | |
|---|---|
| Court | Collin County - District Clerk |
| Case Number | 401-51206-2022 |
| Case Style | In the Matter of the Marriage of Veda Miles and Donald Miles |
| Date/Time Submitted | 10/16/2023 11:00 AM CST |
| Activity Requested | Proposed Order |
| Filed By | Beth Johnson |

Please do not reply to this email. It was automatically generated.

For technical assistance, contact your service provider



Need Help? Help
Visit: https://efiletexas.gov/contacts.htm
Email: support@eFileTexas.gov

Please do not reply to this email. It was automatically generated.

For technical assistance, contact your service provider

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 84681159
Filing Code Description: Letter
Filing Description: AMENDED REQUEST FOR SUPPLEMENTAL CLERK???S RECORD
Status as of 2/20/2024 2:36 PM CST

Associated Case Party: Donald Miles

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Donald Miles | | dsmiles1@tx.rr.com | 2/20/2024 11:00:43 AM | SENT |

Associated Case Party: VedaSmithMiles

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Veda SmithMiles | | vsmiles@tx.rr.com | 2/20/2024 11:00:43 AM | SENT |
| Beth MJohnson | | beth@bethmjohnson.com | 2/20/2024 11:00:43 AM | SENT |
| Lisa GGarza | | lgarza@lisaggarzafamilylaw.com | 2/20/2024 11:00:43 AM | SENT |